UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHHAMED MOKHAR HAMMAMI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN MCALEENAN, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:19-cv-00741-NONE-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 30) |

On June 5, 2021, the parties filed a joint stipulation dismissing this action in its entirety. (ECF No. 30). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines, assign a district judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

Dated: **June 7, 2021**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1